IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case no. 08-35135 |
| Brenda J. Brown a/k/a | ) | Hon. Eugene R. Wedoff |
| Brenda J. Malone, | ) | |
| | ) | Date: Wednesday, August 11, 2010 |
| Debtor. | ) | Time: 10:00 a.m. |

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND REQUEST FOR REIMBURSEMENT OF EXPENSES

NOW COMES BARRY A. CHATZ, Trustee herein, pursuant to 11 U.S.C. § 330, and requests $1,350.21 as compensation and $18.60 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $6,002.11. Pursuant to 11 U.S.C. § 326, compensation should be computer as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 100.21 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $   0.00 | ($47,500.00 max.) |
| 03% of balance | $   0.00 | |
| TOTAL COMPENSATION | $1,350.21 | |

The total amount of compensation due Trustee is $1,350.21 according to 11 U.S.C. § 326.

Detailed time records expended on behalf of the Estate are attached hereto as Exhibit A.

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies – 186 @ $0.10 each | $18.60 |
| TOTAL EXPENSES | $18.60 |

Applicant:

Date: June 25, 2010        /s/ Barry A. Chatz, Trustee