UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BROWN, BRENDA J § Case No. 08-35135
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/11/2010 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/25/2010            By:   /s/ Barry A. Chatz


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vbrown                Page 1 of 1                  Date Rcvd: Jun 28, 2010
Case: 08-35135                 Form ID: pdf006             Total Noticed: 28

The following entities were noticed by first class mail on Jun 30, 2010.
 db          +Brenda J Brown,    8217 S St. Lawrence,    Chicago, IL 60619-5009
 aty         +David Chang,    Chang & Carlin, LLP,    1305 Remington Road,    Suite C,    Schaumburg, IL 60173-4820
 aty         +John P Carlin,    Chang & Carlin,    1305 Remmington Road; Suite C,    Schaumburg, IL 60173-4820
 tr          +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
12991024     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
13893090      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
12991025     +Americas Servicing Co,    Attention: Bankruptcy,    1 Home Campus,    Des Moines, IA 50328-0001
12991026     +Bank One/Chase,    Po Box 24603,    Columbus, OH 43224-0603
13744542     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349865      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12991027     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12991028     +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
12991029     +Citifinancial,    1646 N. Milwaukee Ave,    Chicago, IL 60647-5412
12991030     +Codilis and Associates,    15W030 N. Frontage,    #100,    Burr Ridge, IL 60527-6921
12991031     +Cta-ssu Fcu,    7801 S. Vincennes Ave,    Chicago, IL 60620-1051
12991033      Freedman, Anselmo,    1807 W. Diehl Rd. #333,    Naperville, IL 60563-1890
12991034     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
12991035     +Litton Loan Servicing,    Attention: Bankruptcy,    4828 Loop Central Drive,
               Houston, TX 77081-2212
12991036     +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6302
12991037     +Richard A. Snow,    123 W. Madison Street #310,    Chicago, IL 60602-4847
12991039     +Transworld Systems Inc,    25 Northwest Point Blvd Suite 750,    Elk Grove Village, IL 60007-1058
12991040     +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
               Jacksonville, FL 32256-6851
12991041     +Wf Fin Bank,    Po Box 182273,    Columbus, OH 43218-2273
12991042     +Wilshire Credit Corp,    Attention: Bankruptcy Department,    Po Box 8517,
               Portland, OH 97207-8517
12991032      ctass & ufcu,    visa,    p.o. box 4521,    Carol Stream, IL 60197-4521
13790261      eCAST Settlement Corporation assignee of HSBC Bank,    Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jun 28, 2010.
14021656     +E-mail/PDF: rmscedi@recoverycorp.com Jun 29 2010 00:44:00
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12991038     +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2010 00:44:00      Sams Club,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 30, 2010**                   **Signature:** _/s/ Joseph Speetjens_