# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BROWN, BRENDA J | § | Case No. 08-35135 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BARRY A. CHATZ_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Americas Servicing Co Attention: Bankruptcy 1 Home Campus Des Moines, IA 50328 |  |  |  |  |  |
| Bank One/Chase Po Box 24603 Columbus, OH 43219 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Codilis and Associates 15W030 N. Frontage #100 Burr Ridge, IL 60527 | | | | | |
| Cta-ssu Fcu 7801 S. Vincennes Ave Chicago, IL 60620 | | | | | |
| Freedman, Anselmo 1807 W. Diehl Rd. #333 Naperville, IL 60563-1890 | | | | | |
| Litton Loan Servicing Attention: Bankruptcy 4828 Loop Central Drive Houston, TX 77081 | | | | | |
| Washington Mutual Mortgage Attention: Bankruptcy Dept. JAXA 2035 7255 Bay Meadows Way Jacksonville, FL 32256 | | | | | |
| Wilshire Credit Corp Attention: Bankruptcy Department Po Box 8517 Portland, OH 97207 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| Citifinancial 1646 N. Milwaukee Ave Chicago, IL 60647 | | | | | |
| Codilis and Associates 15W030 N. Frontage #100 Burr Ridge, IL 60527 | | | | | |
| Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| Peoples Gas C/O Bankruptcy Department 130 E. Randolph Drive Chicago, IL 60602 | | | | | |
| Peoples Gas C/O Bankruptcy Department 130 E. Randolph Drive Chicago, IL 60602 | | | | | |
| Richard A. Snow 123 W. Madison Street #310 Chicago, IL 60602 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sams Club Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| Transworld Systems Inc 25 Northwest Point Blvd Suite 750 Elk Grove Village, IL 60007 | | | | | |
| Wf Fin Bank Po Box 182273 Columbus, OH 43218 | | | | | |
| ctass & ufcu visa p.o. box 4521 Carol Stream, IL 60197-4521 | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CHASE BANK USA, NA | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-35135 | WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | BROWN, BRENDA J | | | Date Filed (f) or Converted (c): | 12/23/08 (f) |
| | | | | 341(a) Meeting Date: | 02/03/09 |
| For Period Ending: | 09/21/10 | | | Claims Bar Date: | 06/22/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8217 S ST. LAWRENCE CHICAGO ILLINOIS 60619 | 220,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 6731 S ST. LAWRENCE CHICAGO ILLINOIS 60619 | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 11423 S CALUMET CHICAGO ILLINOIS 60628 | 109,000.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING ACCOUNT WITH CHASE | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. SAVINGS ACCOUNT WITH CHASE | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. SAVINGS ACCOUNT WITH CTA CREDIT UNION - NO CARRYOV | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 8. WEARING APPAREL | 600.00 | 600.00 | DA | 0.00 | FA |
| 9. EMPLOYER PROVIDED LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. WHOLE LIFE INSURANCE THROUGH COLONIAL SUPPLEMENTAL | 3,073.92 | 3,073.92 | DA | 0.00 | FA |
| 11. PENSION DEFERRED COMPENSATION - THROUGH ICMA - RC | 18,022.96 | 18,022.96 | DA | 0.00 | FA |
| 12. 1996 CHEVY BLAZER 100K MILES | 1,660.00 | 1,660.00 | DA | 0.00 | FA |
| 13. 2002 CHEVY BLAZER 100K MILES | 4,005.00 | 4,005.00 | DA | 0.00 | FA |
| 14. 1 DOG | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. TAX REFUNDS, OTHER (u) | 0.00 | 6,000.00 | DA | 6,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 2.11 | FA |
| TOTALS (Excluding Unknown Values) | $607,361.88 | $34,361.88 | | $6,002.11 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

INCOME TAXES REFUND RECOVERED; ALL ASSETS ADMINISTERED; PREPARE TFR.

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

Ver: 15.20

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-35135   WER   Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
| Case Name: | BROWN, BRENDA J | Date Filed (f) or Converted (c): | 12/23/08 (f) |
| | | 341(a) Meeting Date: | 02/03/09 |
| | | Claims Bar Date: | 06/22/09 |

Initial Projected Date of Final Report (TFR): 03/31/10     Current Projected Date of Final Report (TFR): 09/30/10

LFORM1      Ver: 15.20
**UST Form 101-7-TDR (9/1/2009)** *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-35135 -WER | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | BROWN, BRENDA J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9887 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4371 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/09 | 15 | Brenda J. Brown a/k/a Brenda J. Malone<br>8217 S. St. Lawrence<br>Chicago, IL 60617 | TAX REFUND | 1224-000 | 3,000.00 | | 3,000.00 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 3,000.01 |
| 04/06/09 | 15 | BRENDA J. MALONE A/K/A BRENDA J. BROWN<br>8217 SOUTH ST. LAWRENCE<br>CHICAGO, IL 60617 | TAX REFUND | 1224-000 | 3,000.00 | | 6,000.01 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 6,000.13 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 6,000.27 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,000.43 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.58 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.73 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.88 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,001.03 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,001.18 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,001.33 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 6,001.47 |
| 02/12/10 | 000301 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 5.87 | 5,995.60 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,995.74 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,995.90 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,996.05 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,996.20 |
| 06/09/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,996.24 |
| 06/09/10 | | Transfer to Acct #*******6511 | Final Posting Transfer | 9999-000 | | 5,996.24 | 0.00 |

Page Subtotals     6,002.11     6,002.11

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-35135 -WER | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | BROWN, BRENDA J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9887 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4371 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,002.11 | 6,002.11 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 5,996.24 | |
| | | | Subtotal | | 6,002.11 | 5.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,002.11 | 5.87 | |

Page Subtotals   0.00   0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-35135 -WER | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | BROWN, BRENDA J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6511 BofA - Checking Account |
| Taxpayer ID No: | *******4371 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/10 | | Transfer from Acct #*******9887 | Transfer In From MMA Account | 9999-000 | 5,996.24 | | 5,996.24 |
| 08/11/10 | 003001 | BARRY A. CHATZ, TRUSTEE | TRUSTEE COMPENSATION | | | 1,368.81 | 4,627.43 |
| | | | Fees            1,350.21 | 2100-000 | | | 4,627.43 |
| | | | Expenses         18.60 | 2200-000 | | | 4,627.43 |
| 08/12/10 | 003002 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000001, Payment 20.06283% | 7100-000 | | 1,638.01 | 2,989.42 |
| 08/12/10 | 003003 | eCAST Settlement Corporation assignee of HSBC Bank<br>Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000002, Payment 20.06287% | 7100-000 | | 2,141.89 | 847.53 |
| 08/12/10 | 003004 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000003, Payment 20.06303% | 7100-000 | | 325.31 | 522.22 |
| 08/12/10 | 003005 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000004, Payment 20.06285% | 7100-000 | | 522.22 | 0.00 |

Page Subtotals     5,996.24     5,996.24

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-35135 -WER | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | BROWN, BRENDA J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6511  BofA - Checking Account |
| Taxpayer ID No: | *******4371 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,996.24 | 5,996.24 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,996.24 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,996.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,996.24 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********9887 | 6,002.11 | 5.87 | 0.00 |
| BofA - Checking Account - ********6511 | 0.00 | 5,996.24 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,002.11 | 6,002.11 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*